UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DEVINE FELDER | CIVIL ACTION NO. 10-1129-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| JAMES LEBLANC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff (Record Document 8), and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e) and his motion for summary judgment (Record Document 3) and his motion for preliminary injunction (Record Document 4) be **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 31st day of January, 2011.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE